Thomas Lopez Merriweather, D-35817
Salinas Valley State Prison # A-3-109-L
P.O. Box 1050
Soledad, California # 93960

RECEIVED
AUG - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-- CONFIDENTIAL --

-- LEGAL MAIL ---

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
U. S. Courthouse
450 Golden Gate Avenue
San Francisco, CA
　　　　　　　　94102 - 3483

GENERATED MAIL