FILED

AUG 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tomas Lopez Meneweather
   Plaintiff,

vs.

B. Powell, et Al
   Defendant.

CASE NO. C 07 4204 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Tom Meneweather, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ___  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9        a.    Business, Profession or                     Yes ___  No X
10             self employment
11       b.    Income from stocks, bonds,                  Yes ___  No X
12             or royalties?
13       c.    Rent payments?                              Yes ___  No X
14       d.    Pensions, annuities, or                     Yes ___  No X
15             life insurance payments?
16       e.    Federal or State welfare payments,          Yes ___  No X
17             Social Security or other govern-
18             ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.    Are you married?                                  Yes X  No ___
24 Spouse's Full Name: *Barbara Meneweather (deceased)*
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ___  No ✗

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ___  No ✗

Make _____  Year _____  Model _____

Is it financed? Yes ___  No ___  If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?   Yes ___  No ✗  (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?  Yes ___  No ✗  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___  No ✗

_____

8.  What are your monthly expenses?

Rent: $_____  Utilities: _____

Food: $_____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/12/07                              *[signature]*
DATE                                SIGNATURE OF APPLICANT

1
2
3                                               Case Number: _____
4
5
6
7
8
9           CERTIFICATE OF FUNDS
10
11                    IN
12          PRISONER'S ACCOUNT
13
14   I certify that attached hereto is a true and correct copy of the prisoner's trust account
     statement showing transactions of **D35219 Mereweather, Thomas** for the last six months
15   at
16   SALINAS VALLEY STATE PRISON
     ACCOUNTING DEPARTMENT
     P.O. BOX 1020                    [prisoner name]
17   SOLEDAD, CA 93960-1020
     _____ where (s)he is confined.
18   [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ __0__ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ __0__.
22
23   Dated: 7/27/07                         _L. Macias_____
24                                          [Authorized officer of the institution]
25
26
27
28

- 5 -

```
REPORT ID: TS3030                                          REPORT DATE: 07/27/07
                                                           PAGE NO:            1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 27, 2007

ACCOUNT NUMBER  : D35219                    BED/CELL NUMBER: FAB3T1000000109W
ACCOUNT NAME    : MENEWEATHER, THOMAS               ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE          HOLD
   PLACED        CODE         DESCRIPTION             COMMENT         HOLD AMOUNT

 07/12/2007      H109    LEGAL POSTAGE HOLD        0151 ENVEL             1.10
 07/17/2007      H109    LEGAL POSTAGE HOLD        0211 LPOST             0.58
 07/17/2007      H109    LEGAL POSTAGE HOLD        0211 LPOST             2.33
 07/17/2007      H118    LEGAL COPIES HOLD         0206 LCOPY            13.80

                             TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED

     0.00         0.00            0.00          0.00          17.81           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/27/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Marcos SVSP_

CURRENT AVAILABLE BALANCE

17.81-