IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS L. MENEWEATHER,<br><br>   Plaintiff,<br><br> v.<br><br>B. POWELL, et al.,<br><br>   Defendants.<br>_____ / | No. C 07-04204 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS RESPONSE TO DEFENDANTS' ANSWER TO AMENDED COMPLAINT** |

Before the Court is Plaintiff's request for leave to file an amended response to Defendants' answer to the amended complaint.

Plaintiff's request is GRANTED. The Clerk of the Court is directed to file Plaintiff's motion, which is labeled "Motion to Amend Plaintiff's Response to Defendant's [sic] Response to Plaintiff's Amended Complaint," and docket the aforementioned document as Plaintiff's "Amended Response to Defendants' Answer to Amended Complaint." The Clerk is further directed to mark the Amended Response to Defendants' Answer to Amended Complaint as filed on February 9, 2009, the date it was received by the Court.

This Order terminates Docket no. 27.

IT IS SO ORDERED.

DATED: 2/11/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMAS L MENEWEATHER,

        Plaintiff,

  v.

B POWELL et al,

        Defendant.

Case Number: CV07-04204 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather D35219
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: February 12, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Meneweather4204.amend2RESP.wpd