IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMAS LOPEZ MENEWEATHER,  )   No. C 07-04204 SBA (PR)
                         )
    Plaintiff,           )   **JUDGMENT**
                         )
  v.                     )
                         )
B. POWELL, et al.,       )
                         )
    Defendants.          )
_____)

    Pursuant to the Court's Order of today's date entitled, "Order Dismissing Supervisory Liability Claims and Granting Defendants' Motion for Summary Judgment," Plaintiff's supervisory liability claims against Defendants K. Nuckles, R. Boccella and G. Neotti are DISMISSED without prejudice. Judgment is hereby entered in favor of the Defendants B. Powell, D. Ferry, T. G. Miller, G. Bailey, A. Meyers, J. Ippolito, R. Reyes, T. Rincon, and O'Kelly, and against Plaintiff. The parties shall bear their own costs.

    IT IS SO ORDERED.

DATED: September 30, 2009

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMAS L MENEWEATHER,

        Plaintiff,

v.

B POWELL et al,

        Defendant.

Case Number: CV07-04204 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather D35219
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: October 13, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2