IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMAS LOPEZ MENEWEATHER,** | Case No. C 07-4204 SBA (PR) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF TOMAS LOPEZ MENEWEATHER, CDCR No. D-35219** |
| v. | |
| **B. POWELL, et al.,** | |
| Defendants. | |

Plaintiff, TOMAS LOPEZ MENEWEATHER, CDCR No. D-35219, a necessary and material witness in proceedings in this case beginning on **June 1, 2011, at 11:00 a.m.**, is confined at Salinas Valley State Prison, Soledad, California, in the custody of the Warden. To secure this inmate's attendance at the settlement conference scheduled for **June 1, 2011** at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of TOMAS LOPEZ MENEWEATHER, CDCR No. D-35219, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on **June 1, 2011 at 11:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Salinas Valley State Prison and the California Department of

1  Corrections and Rehabilitation to produce inmate TOMAS LOPEZ MENEWEATHER, CDCR
2  No. D-35219, for a settlement conference at California State Prison, Solano, at the time and place
3  above, until completion of the proceedings or as ordered by the Court, and thereafter to return the
4  inmate to Salinas Valley State Prison.
5       2.   The custodian is ordered to notify the Court of any change in custody of this inmate
6  and is ordered to provide the new custodian with a copy of this writ.
7       WRIT OF HABEAS CORPUS AD TESTIFICANDUM
8       To:  The Warden of Salinas Valley State Prison,
9       YOU ARE COMMANDED to produce inmate TOMAS LOPEZ MENEWEATHER,
10 CDCR No. D-35219, for a settlement conference at California State Prison, Solano, at the time
11 and place above, until completion of the proceedings or as ordered by the Court, and thereafter to
12 return the inmate to Salinas Valley State Prison.
13      FURTHER, you have been ordered to notify the Court of any change in custody of this
14 inmate and to provide the new custodian with a copy of this writ.
15      IT IS SO ORDERED.
16
17 Dated: May 4, 2011
18                                    Judge Nandor J. Vadas

2

# CERTIFICATE OF SERVICE

Case Name:   **T. L. Meneweather v. Powell, et al.**     No.   **C 07-4204 SBA (PR)**

I hereby certify that on **May 4, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF TOMAS LOPEZ MENEWEATHER, CDCR No. D-35219**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **May 4, 2011**, I have mailed the foregoing document(s) by First-Class Mail to the following non-CM/ECF participants:


**Tomas Lopez Meneweather, D-35219**
**Salinas Valley State Prison**
**P.O. Box 1050**
**Soledad, CA  93960-1050**


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 4, 2011**, at Eureka, California.

    Linn Van Meter                                  *s/ Linn Van Meter*
       Declarant                                          Signature