IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. POWELL, et al.,<br><br>　　　　Defendants. | No. C 07-04204 SBA (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

　　　　The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter, and good and just cause appearing,

　　　　IT IS ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

　　　　(1)　　The Clerk of the Court shall forward to the Federal Pro Bono Project copies of: (a) this Order; (b) the docket sheet; and (c) the operative complaint and amendment to the complaint (docket nos. 4, 12), the relevant Court Orders and Judgment (docket nos. 5, 13, 54, 55, 64), the Memorandum (Reversing and Remanding the Judgment of this Court) and Mandate by the Ninth Circuit Court of Appeals (docket nos. 60, 61), as well as the Report of Pro Se Prisoner Early Settlement Proceeding by Magistrate Judge Nandor Vadas showing that the parties were not able to reach an agreement (docket no. 70).

　　　　(2)　　Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further Order of the Court.

　　　　(3)　　All proceedings in this action are stayed until **four (4) weeks** from the date an attorney is appointed to represent Plaintiff in this action.

　　　　IT IS SO ORDERED.

DATED:　6/24/11

　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMAS L MENEWEATHER,

        Plaintiff,

v.

B POWELL et al,

        Defendant.

Case Number: CV07-04204 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather D35219
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: June 28, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Meneweather4204.Referral2FPBP.wpd