IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>Plaintiff,<br>v.<br><br>B. POWELL, et al.,<br><br>Defendants. | No. C 07-04204 SBA (PR)<br><br>**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to be appointed to represent Plaintiff,

IT IS HEREBY ORDERED that **Otis McGee, Jr., Esq. (SBN 71885) and James George Higgins, Esq. (SBN 238188)**, of Sheppard Mullin Richter & Hampton LLP, are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. All further proceedings will be stayed for **four (4) weeks** from the date of this Order. The Clerk of the Court shall send a copy of this Order to Mr. McGee at **Sheppard Mullin Richter & Hampton LLP, 4 Embarcadero Center, Seventeenth Floor, San Francisco, CA 94111.** The Clerk shall also send a copy of this Order to Plaintiff and Defendants' counsel.

IT IS FURTHER HEREBY ORDERED that the parties shall appear for a telephonic Case Management Conference on **Thursday, November 17, 2011 at 3:15 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than **ten (10) days** prior to the Case Management Conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff's counsel shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. A trial date has not yet been set in this action.

IT IS SO ORDERED.

DATED: September 22, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.07\Meneweather4204.APPTatty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS L MENEWEATHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B POWELL et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV07-04204 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather D35219
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 27, 2011

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Meneweather4204.APPTatty.wpd　　　2