# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER, <br><br> Plaintiff, <br><br> v. <br><br> B. POWELL, et al., <br><br> Defendants. | Case No. 07-cv-04204 SBA (NC) <br><br> **MINUTE ORDER RE: MOTION TO COMPEL** <br><br> Re: Dkt. No. 92 |

Hearing on motion to compel, Dkt. No. 92, set for April 4, 2012, 9:00 a.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, before Magistrate Judge Nathanael Cousins. Briefing schedule is modified as followed: (1) parties are to meet and confer further concerning proposed protective order referenced in plaintiff's motion to compel; (2) plaintiff to file proposed protective order by March 14, 2012; (3) defendants and custodian for Salinas Valley State Prison to file objections (if any) to plaintiff's proposed protective order, and defendants'/custodian's proposed protective order, by March 21.

IT IS SO ORDERED.

DATED: March 8, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge