UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER, | No. 4:07-CV-4204 SBA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| B. POWELL, et al., | |
| Defendants. | |
| _____/ | |

It is hereby ORDERED that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Tomas Lopez Meneweather., inmate no. D-35219, presently in custody at California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 5, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Tim Virga, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Tomas Lopez Meneweather in your custody in the hereinabove-mentioned institution, at California State Prison, Solano, at 9:00 a.m. on May 10, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MENEWEATHER v. POWELL, et al., and at the termination of said hearing return him

1 forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court
2 as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner
3 at all times necessary until the termination of the proceedings for which his testimony is required in this
4 Court;

5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: April 5, 2012                      RICHARD WIEKING
                                            CLERK, UNITED STATES DISTRICT COURT

                                            By: Linn Van Meter
10                                                Administrative Law Clerk



13 Dated: April 5, 2012
14                                                NANDOR J. VADAS
                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California