UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>             Plaintiff,<br><br>     vs.<br><br>B. POWELL, et al.,<br><br>             Defendants. | Case No:  C 07-4204 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>Dkt. 116 |

The parties are presently before the Court on the unopposed Motion by Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") for Leave of Court to Withdraw as Counsel for Plaintiff Tomas Lopez Meneweather.  Having read and considered the papers filed in connection with the motion, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     Sheppard Mullin's Motion for Leave of Court to Withdraw as Counsel for Plaintiff Tomas Lopez Meneweather is GRANTED.

2.     The parties shall appear for a telephonic Case Management Conference on **June 6, 2012 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Defendant shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Defense counsel is to set

1 | up the conference call with all the parties on the line and call chambers at (510) 637-3559.
2 | NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR
3 | AUTHORIZATION OF THE COURT.
4 |        3.     Sheppard Mullin shall accept service of papers on behalf of Plaintiff and
5 | forward them to Plaintiff's last known address, until such time as Plaintiff appears pro se or
6 | by other counsel at the Case Management Conference scheduled for June 13, 2012.
7 |        IT IS SO ORDERED.
8 | Dated:  May 23, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge