UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>        Plaintiff,<br>  v.<br><br>B. POWELL, et al.,<br><br>        Defendants.<br>_____/ | No. 4:07-CV-4204 SBA (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ORDERED that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Tomas Lopez Meneweather., inmate no. D-35219, presently in custody at California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: June 13, 2012

                                            NANDOR J. VADAS
                                            United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Tim Virga, Warden, California State Prison - Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Tomas Lopez Meneweather, inmate no. D-35219, in your custody in the hereinabove-mentioned institution, at California State Prison, Solano, at 1:00 p.m. on July 12, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MENEWEATHER v. POWELL, et al., and at the

1 termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2 such order of the above-entitled Court as shall thereafter be made concerning the custody of said
3 prisoner, and further to produce said prisoner at all times necessary until the termination of the
4 proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: June 13, 2012   RICHARD WIEKING
   CLERK, UNITED STATES DISTRICT COURT

   By: Linn Van Meter
10       Administrative Law Clerk

13 Dated: June 13, 2012   _____
14                       NANDOR J. VADAS
                         United States Magistrate Judge



2

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

v.

B. POWELL, et al.,

    Defendants.
_____/

No. 4:07-CV-04204-SBA (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 13, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tomas Lopez Meneweather
D35219
California State Prison - Sacramento
100 Prison Road
Represa, CA 95671

Dated: June 13, 2012

                /s/ *Linn Van Meter*
                Linn Van Meter
        Administrative Law Clerk to the
         Honorable Nandor J. Vadas