UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER, | No. 4:07-CV-4204 SBA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| B. POWELL, et al., | |
| Defendants. | |

It is hereby ORDERED that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Tomas Lopez Meneweather, inmate no. D-35219, presently in custody at California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: April 25, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Tim Virga, Warden, California State Prison - Sacramento

GREETINGS

WE COMMAND that you have and produce the body of Tomas Lopez Meneweather, inmate no. D-35219, in your custody in the hereinabove-mentioned institution, at California State Prison, Solano, at 11:00 a.m. on June 13, 2013, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MENEWEATHER v. POWELL, et al., and at the

1 termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2 such order of the above-entitled Court as shall thereafter be made concerning the custody of said
3 prisoner, and further to produce said prisoner at all times necessary until the termination of the
4 proceedings for which his testimony is required in this Court.
5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: April 25, 2013                    RICHARD WIEKING
                                              CLERK, UNITED STATES DISTRICT COURT



10                                                 By: Linn Van Meter
                                                    Administrative Law Clerk

14 Dated: April 25, 2013



                                            NANDOR J. VADAS
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

v.

B. POWELL, et al.,

    Defendants.

No. 4:07-CV-04204-SBA (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 25, 2013, I served a true and correct copy of the attached and a copy of document no. 175, Order Setting Settlement Conference, by placing said copies in a postage paid envelope addressed to the persons listed below and by depositing said envelope in the U.S. Mail.

Tomas Lopez Meneweather
D35219
California State Prison - Sacramento
100 Prison Road
Represa, CA 95671

Litigation Coordinator Linda Young
California State Prison - Sacramento
PO Box 290027
Represa, CA 95671-0027

(by fax also)

Dated: April 25, 2013

                /s/ *Linn Van Meter*
                Linn Van Meter
                Administrative Law Clerk to the
                Honorable Nandor J. Vadas