United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>Plaintiffs,<br><br>v.<br><br>B. POWELL, et al.,<br><br>Defendants. | Case No. 07-cv-04204-SBA (NJV)<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER AND FILE STATUS REPORT; SCHEDULING HEARING**<br><br>Re: Dkt. No. 179 |

The district court has referred Plaintiff's renewed motion to continue trial dates to the undersigned for a Report and Recommendation. *See* Doc. No. 179. Plaintiff's latest request for a continuance is based on the alleged confiscation of his legal materials. *See* Doc. No. 173. Plaintiff's earlier request for a continuance was based on his medical condition. *See* Doc. No. 162.

The undersigned orders as follows:

1. Within two weeks of the entry of this order, the parties shall meet and confer regarding Plaintiff's request for a continuance. In advance of the meet and confer, Defendants shall obtain and review Plaintiff's medical records and transfer records. The parties shall discuss Plaintiff's medical condition, his access to his legal files, and his access to the library. If indicated, Defendants shall confer with Plaintiff's medical providers to determine whether his medical condition(s) have or are likely to interfere with his ability to prepare for trial.

2. Within three weeks of the entry of this order, the parties each shall file letter briefs no longer than 3 pages. The letter briefs shall summarize the parties' discussions and offer a proposed resolution. If the parties are able to stipulate to a joint resolution of

the issue, they may do so instead of filing separate letter briefs.

3. In their letter brief, Defendants shall inform the undersigned of any existing plans to transfer Plaintiff to a different facility.

4. The court will hold a hearing on this matter in Courtroom D, in San Francisco, on July 31, 2013 at 1:00 p.m. Defendants shall secure Plaintiff's telephonic appearance at the hearing. The court will provide the dial-in information to Defendants separately.

**IT IS SO ORDERED**.

Dated: June 27, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge