United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER, | No. 4:07-CV-04204-SBA (NJV) |
| Plaintiff, | ORDER CHANGING TIME OF HEARING |
| v. | |
| B. POWELL, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the time of the hearing set in this case for July 31, 2013, is HEREBY CHANGED from at 1:00 p.m. to 10:30 am. All other details regarding the hearing remain unchanged.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>B. POWELL, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. 4:07-CV-04204-SBA (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on July 26, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tomas Lopez Meneweather
D35219
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: July 26, 2013

　　　　　　　　　　　　　　　/s/ *Linn Van Meter*
　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　　　Honorable Nandor J. Vadas

2