UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>B. POWELL, et al.,<br><br>Defendants. | Case No: C 07-4204 SBA (pr)<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST TO CONTINUE THE STAY** |

Plaintiff has filed notice of a change of address and request to continue the stay in this action. Dkt. 190. Plaintiff informs the Court that he has been moved Kern Valley State Prison and desires to continue the stay of these proceedings until January 13, 2014. The Court directs Defendants to respond to Plaintiff's request no later than **seven (7) days** from the date of this Order.

IT IS SO ORDERED.

Dated: December 16, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.07\Meneweather4204.DirectD2resp2stay-2.docx