UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>B. POWELL, et al.,<br><br>    Defendants. | Case No: C 07-4204 SBA (PR)<br><br>**ORDER LIFTING STAY; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE** |

This prisoner civil rights case was previously scheduled for trial on September 17, 2012. Plaintiff submitted requests to continue the trial date due to his medical issues. Dkts. 162, 173. The Court referred the requests to Magistrate Judge Nandor Vadas, who recommended continuing the trial date. Dkt. 185. In response, Defendants requested that the Court defer consideration of the rescheduling of the trial date and stay the action on the ground that they were unable to contact Plaintiff, who had been moved from California State Prison-Sacramento to the California Health Care Facility in Stockton. The Court granted Defendants' request and stayed the action. Dkt. 187.

Plaintiff has since requested that the Court lift the stay and reopen this action. Dkts. 190, 194. Meanwhile, Defendants have proposed that the Court set a Case Management Conference to discuss the further handing and scheduling of this action. Dkt. 193. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is directed to REOPEN the case file and to restore this action to the Court's active civil docket.

2. The parties shall appear telephonically for Case Management Conference on **June 18, 2015, at 3:00 p.m.** At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a *joint* Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Among other things, the joint Case Management Statement shall propose dates and deadlines for trial and whether the parties are agreeable to consenting to the jurisdiction of a Magistrate Judge of this Court (and identifying a particular Magistrate Judge acceptable to all parties). Defendants' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Defendants' counsel shall call the Court with all parties on the line. Defendants' counsel shall contact the Court's Courtroom Deputy at 415-522-4158 for instructions on how to call Chambers at the specified date and time. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 5/11/15

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Meneweather4204.liftSTAY&setCMC_rev.docx