United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

B. POWELL, et al,

    Defendants.

No. 4:07-CV-04204 SBA (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TOMAS LOPEZ MENEWEATHER,, inmate no. D35219, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 8, 2015

                                NANDOR J. VADAS
                                United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TOMAS LOPEZ MENEWEATHER, inmate no. D35219, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 9:00 a.m. on August 18, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MENEWEATHER v.

1  POWELL, and at the termination of said hearing return him forthwith to said hereinabove-mentioned
2  institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
3  custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
4  of the proceedings for which his testimony is required in this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: July 8, 2015

                        RICHARD WIEKING
                        CLERK, UNITED STATES DISTRICT COURT

                        By: Linn Van Meter
                            Administrative Law Clerk

15  Dated: July 8, 2015   
                      NANDOR J. VADAS
                      United



United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>    Plaintiff,<br><br>  v.<br><br>B. POWELL, et al.,<br><br>    Defendants.                       / | No. 4:07-CV-04204 SBA (NJV)<br><br>CERTIFICATE OF SERVICE |

     I, the undersigned, hereby certify that on July 8, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tomas Lopez Meneweather
D35219
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290002
Represa, CA 95671

/s/ Linn Van Meter<br>_____<br>Linn Van Meter<br>Administrative Law Clerk to<br>the Honorable Nandor J. Vadas

3