UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

v.

B. POWELL, et al.,

    Defendants.

Case No. 07-cv-04204-SBA (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 18, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Tomas Meneweather Pro Se.

    (   ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Sharon Garske and Erin Ganahl.

    ( X ) Other: Kaye Bassett for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1      ( X ) The parties are unable to reach an agreement at this time.

2      **IT IS SO ORDERED.**

3      Dated: August 24, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

  v.

B. POWELL, et al.,

    Defendants.

Case No. 07-cv-04204-SBA   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather ID: D35219
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: August 24, 2015

Richard W. Wieking
Clerk, United States District Court

By:_ *(signature)*
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS