UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMAS LOPEZ MENEWEATHER,<br><br>    Plaintiff,<br><br>  vs.<br><br>B. POWELL, et al.,<br><br>    Defendants. | Case No:  C 07-4204 SBA (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S PENDING MOTIONS FOR APPONTMENT OF COUNSEL AND FOR EXTENSION OF TIME** |

    Two matters are before the Court.  First, Plaintiff has filed a renewed motion for appointment of counsel.  Dkt. 221.  Second, he moves for an "extension of time," which the Court liberally construes as a request to continue the outstanding deadlines set forth in its June 24, 2015 Order for Pretrial Preparation.  Dkt. 222.  Plaintiff claims that appointment of counsel is warranted because he is suffering from a "disability" of "paralyses [to] entire right side of [his] body, [and his] left hand [being] broken . . . ."  Dkt. 221 at 1.  He claims he "cannot write, open mail or turn pages."  Id.

    No later than **fourteen (14) days** from the date of this Order, Defendants shall file a response to Plaintiff's two pending motions.  In support of their response, Defendants shall provide details and documentation regarding Plaintiff's current medical and housing status.

Defendants shall also appraise the Court as to the status of their ability to communicate with Plaintiff since he has been transferred to the California Health Care Facility ("CHCF") in Stockton.  Finally, Defendants shall propose to the Court how this action should proceed in light of Plaintiff's current medical status.  The pretrial conference scheduled for January 27, 2016, is VACATED, pending further order of the Court.

    IT IS SO ORDERED.

Dated:  1/20/16

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.07\Meneweather4204.Def2FileResp2PsPendMots